UNITED STATES DISTRICT COURT
EASTER DISTRICT OF NEW YORK
----------------------------------X
     TRIVEDI

                Plaintiff

     -against-

     CITY OF NEW YORK
               Defendant

----------------------------------X

BROOKLYN OFFICE

ORDER OF DISCONTINUANCE

CV 02-5779 (JG)

GLEESON, J.

     It having been reported to the Court that the above action has been settled, it is

     ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

                            SO ORDERED.

                            s/John Gleeson

DATED: Brooklyn, N.Y.
       September 8, 2005